The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKITA D. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> WASATCH PROPERTY MANAGEMENT, INC.; and WASATCH POOL HOLDINGS, LLC, <br><br> Defendants. | NO. 2:17-cv-00501 <br><br> DEFENDANT WASATCH PROPERTY MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT |

In accordance with this Court's Order and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wasatch Property Management, Inc., a Utah corporation, hereby makes the following disclosures.

Defendant Wasatch Property Management, Inc. is a privately held corporation with no parent corporations.

DEFENDANT WASATCH PROPERTY MANAGEMENT, INC.'S
CORPORATE DISCLOSURE STATEMENT - 1
(2:17-cv-00501 )

6035328.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1       DATED this 20th day of April, 2017.

2                                                 s/ Sean E.M. Moore

                                                      s/ Reshvin Sidhu

Sean E.M. Moore, WSBA #30840
Reshvin Sidhu, WSBA #51553
Attorneys for Defendants Wasatch Property
Management, Inc., and Wasatch Pool Holdings, LLC
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
smoore@williamskastner.com
rsidhu@williamskastner.com

---

DEFENDANT WASATCH PROPERTY MANAGEMENT, INC.'S
CORPORATE DISCLOSURE STATEMENT - 2
(2:17-cv-00501 )

6035328.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on the below date, I electronically filed the foregoing document with the Clerk of the court using the electronic filing system, which will send notification of such filing to all attorneys of record.

Signed at Seattle, Washington this 20th day of April, 2017.

By: s/ Sean E.M. Moore
Sean E.M. Moore, WSBA #30840
Attorneys for Plaintiff
Old Republic Insurance Company
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: 206.628.6600
Fax: 206.628.6611
Email: smoore@williamskastner.com

DEFENDANT WASATCH PROPERTY MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT - 3
(2:17-cv-00501 )

6035328.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600