IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKITA D. SMITH,<br><br>                Plaintiff,<br>vs.<br><br>WASATCH PROPERTY MANAGEMENT, INC., and WASATCH POOL HOLDINGS, LLC,<br><br>                Defendants. | No.  2:17-cv-00501-RAJ<br><br>STIPULATION & ORDER FOR DISMISSAL DUE TO SETTLEMENT- - Fed.R.Civ.P. 41(a)(1)(A)(ii), |

## 1. Stipulation

The Plaintiff and Defendants hereby stipulate and agree as follows:

1. Plaintiff Nikita Smith and Defendants Wasatch Property Management, Inc., and Wasatch Pool Holdings, LLC, have reached a settlement resolving this matter. Under the terms of the settlement, all claims against Defendants Wasatch Property Management, Inc., and Wasatch Pool Holdings, LLC, are to be dismissed with prejudice.

Northwest Justice Project
401 Second Ave S, Suite 407
Seattle, WA 98104
Tel. (206) 464-1519  Fax (206) 624-7501
allysono@nwjustice.org

Approved as to form and content by:

*[signature: Allyson O'Malley-Jones]*
**Northwest Justice Project**
Allyson O'Malley-Jones (WSBA #31868)
Matt Brady (WSBA #27245)
**Virginia Poverty Law Center**
Eric Dunn (WSBA #36622)
**ACLU**
Sandra Park
**ACLU of Washington**
Prachi Dave (WSBA #50498)
Attorneys for Plaintiff

*[signature: Sean E. M. Moore]*
**Williams Kastner**
Sean E.M. Moore (WSBA #30840)
Reshvin P. Sidhu (WSBA #51553)
Attorneys for Defendants

## II. Order for Dismissal

This matter before the Court upon stipulation of the parties and with the Court duly informed, NOW THE COURT HEREBY FINDS THAT:

1. Plaintiff Nikita Smith filed this action on March 30, 2017.
2. Defendants appeared in the action.
3. The parties have reported reaching a settlement to resolve this matter and have jointly requested that the court dismiss the action, with all of the Plaintiff's claims against Defendants being dismissed with prejudice.

Therefore, it is now ordered that all of Plaintiff's claims against Defendants are hereby dismissed with prejudice.

So Ordered this _____ day of October, 2017,

_____
The Honorable Richard A. Jones, US District Court Judge